AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Kason Industries, Inc.<br><br>*Plaintiff(s)*<br>v.<br>ATLANTIC COAST RESTAURANT<br>& MECHANICAL SERVICES, LLC<br>d/b/a ATLANTIC COAST SERVICES,<br>DADE ENGINEERING GROUP LLC<br>*Defendant(s)* | Civil Action No.  1:25-cv-25868-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Atlantic Coast Restaurant & Mechanical Services, LLC
c/o Registered Agent: PELOSI, NANCY D, Esq.
1250 South Pine Island Road
SUITE 450
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose Teurbe-Tolon, Esq.
Xander Law Group PA
25 SE 2 Avenue, Suite 808
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Dec 15, 2025

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Kason Industries, Inc. <br><br> *Plaintiff(s)* <br> v. <br> ATLANTIC COAST RESTAURANT & MECHANICAL SERVICES, LLC d/b/a ATLANTIC COAST SERVICES, DADE ENGINEERING GROUP LLC <br> *Defendant(s)* | Civil Action No. 1:25-cv-25868-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dade Engineering Group, LLC
c/o Registered Agent: PELOSI, NANCY D, Esq.
1250 South Pine Island Road
SUITE 450
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose Teurbe-Tolon, Esq.
Xander Law Group PA
25 SE 2 Avenue, Suite 808
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Dec 15, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| Kason Industries, Inc. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-25868-DPG |
| ATLANTIC COAST RESTAURANT & MECHANICAL SERVICES, LLC d/b/a ATLANTIC COAST SERVICES, DADE ENGINEERING GROUP LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Pittsley
1089 CREEKFORD DRIVE
WESTON, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose Teurbe-Tolon, Esq.
Xander Law Group PA
25 SE 2 Avenue, Suite 808
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 15, 2025

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court